IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLODIS MAE SMITH McDANIEL, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 13-0310-M |
| CAROLYN W. COLVIN, Commission of Social Security, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Clodis Mae Smith McDaniel and against Defendant Carolyn W. Colvin. It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $1,763.75.

DONE this 13th day of February, 2014.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE